Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−22237−VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kisok Kim
dba Educare Korea Inc., dba GTT
International Inc.
Will town 306 205−46 Buil−ro
Buchun−Si, Korea, 07670

Jungbun Kim
Will town 306 205−46 Buil−ro
Buchun−Si, Korea, NJ 07670

Social Security No.:
xxx−xx−5883               xxx−xx−4113

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Jeffrey Lester, Chapter 7 Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

  ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

  ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

  ☐    The corporate debtor is self−represented.

  ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Vincent F. Papalia on,

Date: 9/19/17
Time: 10:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: August 24, 2017
JAN:

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
```

In re:                                                                Case No. 17-22237-VFP
Kisok Kim                                                             Chapter 7
Jungbun Kim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 24, 2017
                              Form ID: 170             Total Noticed: 5

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
db              Kisok Kim,    Will town 306 205-46 Buil-ro,    Buchun-Si, Korea,    07670
jdb             Jungbun Kim,   Will town 306 205-46 Buil-ro,    Buchun-Si, Korea, NJ 07670
516910651      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar,    350 Highland Dr.,    Lewisville, TX 75067)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2017 21:00:40      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2017 21:00:40      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR5
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeffrey Lester    on behalf of Trustee Jeffrey Lester jlester@bllaw.com, NJ19@ecfcbis.com
              Jeffrey Lester    jlester@bllaw.com, NJ19@ecfcbis.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```