Order Filed on October 2, 2017
by Clerk
**U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Jeffrey A. Lester, Esq. (JAL 7113)
BRAVERMAN & LESTER
374 Main Street
Hackensack, New Jersey  07601
(201) 487-5544
Attorneys for  Trustee

Case No.    17-22237 VFP

In Re:

Kislok Kim and Jungbun Kim

Hearing Date: 9/19/17

Judge:  Hon. Vincent F. Papalia

Recommended Local Form:    Followed   X  Modified

## ORDER DISMISSING DEBTOR'S PETITION AND VACATING DISCHARGE

The relief set forth on the following pages, numbered two (2) through ___2___

is hereby **ORDERED.**
  **DATED: October 2, 2017**

_____
 **Honorable Vincent F. Papalia
 United States Bankruptcy Judge**

**(Page 2)**

Debtor:   Kislok Kim and Jungbun Kim

Case No.: 17-22237 VFP

Caption of Order: **ORDER DISMISSING DEBTOR'S PETITION/VACATING DISCHARGE**

---

THIS MATTER, being opened to the Court upon the application of Jeffrey A. Lester, Interim Trustee, and the Court having reviewed the papers submitted and having heard the arguments presented, and it appearing that the Debtor has failed to appear for the first meeting of creditors required by §341(a), and for good cause shown; it is

ORDERED, that the Petition filed by debtors, Kislok Kim and Jungbun Kim , seeking relief under the United States Bankruptcy Code should be and hereby is dismissed and any discharge heretofore granted is vacated; and, it is

FURTHER ORDERED that all outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order; and, it is

FURTHER ORDERED that pursuant to Fed. R. Bankr. P. 2002(f) , the Clerk shall notify all parties in interest of the entry of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-22237-VFP
Kisok Kim                                                           Chapter 7
Jungbun Kim
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 02, 2017
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db           Kisok Kim,    Will town 306 205-46 Buil-ro,    Buchun-Si, Korea,    07670
jdb          Jungbun Kim,    Will town 306 205-46 Buil-ro,    Buchun-Si, Korea, NJ 07670

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR5
                dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeffrey  Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,    NJ19@ecfcbis.com
              Jeffrey  Lester    jlester@bllaw.com,    NJ19@ecfcbis.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4