Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–22237–VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kisok Kim
dba Educare Korea Inc., dba GTT
International Inc.
Will town 306 205–46 Buil–ro
Buchun–Si, Korea, 07670

Jungbun Kim
Will town 306 205–46 Buil–ro
Buchun–Si, Korea, NJ 07670

Social Security No.:
xxx–xx–5883                                              xxx–xx–4113

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Jeffrey Lester is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 9, 2017</u>                    <u>Vincent F. Papalia</u>
                                                                Judge, United States Bankruptcy Court